UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**JOSEPH JAMAINE SMITH**     **PLAINTIFF**
**ADC #127880**

**v.**     **CASE NO: 2:11cv00024 BSM**

**RAY HOBBS** *et al.*     **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE